## City of Chicago, Appellee, v. Marie Cross, Appellant.
## Gen. No. 45,455.

John D. Vosnos, for appellant; John J. Mortimer, Acting Corporation Counsel of Chicago, for appellee; L. Louis Karton, Head of Appeals and Review Division, and John L. Steffens, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed December 10, 1951; rehearing denied January 7, 1952; released for publication January 7, 1952.